```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| WILLIAM J. KITSCH | : | NO. 03-594 |

ORDER

AND NOW, this 3rd day of October, 2008, upon consideration of the Government's proposed jury instructions (docket entry # 122) and it not having escaped the Court's attention that the Government inexplicably ignored our ruling in United States v. Kitsch, No. 03-594-01, 2008 WL 2971548 at *7 (E.D. Pa. Aug. 1, 2008), it is hereby ORDERED that:

1.   The Government shall AMEND its proposed jury instructions to reflect our August 1 ruling in this case; and

2.   The Government shall SUBMIT its revised proposed jury instructions by noon on Monday, October 6, 2008.[1]

BY THE COURT:

/s/ Stewart Dalzell, J.

---

[1] "Choice of attention - to pay attention to this and ignore that - is to the inner life what choice of action is to the outer. In both cases, a man is responsible for his choice and must accept the consequences, whatever they may be."  W.H. Auden, A Certain World: A Commonplace Book (1970).