IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 03-594-01 |
| WILLIAM KITSCH | : |

**STIPULATION 2.**

It is hereby stipulated by and between Laurie Magis, Acting United States Attorney in and for the Eastern District of Pennsylvania, Francis C. Barbieri, Section Chief, and Eric B. Henson, Assistant United States Attorney for the District, defendant William Kitsch and his attorney David M. Kozlow, Esquire, that the following facts, there being no dispute as to the accuracy thereof, may be entered into the record of the trial of this case without further proof being offered by the government:

From the date of the defendant William Kitsch's conviction of arson in a court of the State of New Jersey through August 20, 2003, neither the defendant WILLIAM KITSCH nor the fact of his arson conviction had been entered in the National Instant Criminal Background Check System (NICS) database, which is managed by the FBI, containing information provided by federal and state agencies about persons prohibited under Federal law from receiving or possessing a firearm, and which federal firearms licensees must contact for information on whether receipt of a firearm by a person would violate federal or state law, nor had WILLIAM KITSCH or his arson conviction been entered in the National Crime Information Center database, which is maintained by the FBI as a service to local, state, and federal criminal justice agencies.

_____
WILLIAM KITSCH

_____
FRANCIS C. BARBIERI, JR.
Chief, Firearms

_____
DAVID M. KOZLOW, ESQUIRE
Counsel for Defendant William Kitsch

_____
ERIC B. HENSON
Assistant United States Attorney