IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM J. KITSCH | : | NO. 03-594 |

## VERDICT SHEET

### Count One

On Count One of the indictment, charging that on or about May 30, 2003, the defendant unlawfully possessed a firearm, we the jury unanimously find defendant William J. Kitsch:

⨯ NOT GUILTY

_____ GUILTY

### Count Two

On Count Two of the indictment, charging that on or about August 20, 2003, the defendant unlawfully possessed firearms and ammunition, we the jury unanimously find defendant William J. Kitsch:

⨯ NOT GUILTY

_____ GUILTY

### Count Three

On Count Three of the indictment, charging that on or about August 20, 2003, the defendant unlawfully possessed body armor, we the jury unanimously find defendant William J. Kitsch:

⨯ NOT GUILTY

_____ GUILTY

_10/9/08_____
DATE

_____
FOREPERSON