IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : CRIMINAL NUMBER 03-594-1 |
| | : |
| WILLIAM J. KITSCH | : |

## O R D E R

AND NOW, this 26th day of November, 2008, in consideration of Defendant's Motion to Return Property Pursuant to Federal Rules of Criminal Procedure, Rule 41(g), and the government's response thereto, it is hereby **ORDERED** that the motion is **GRANTED**. The Secret Service is directed to return all firearms, ammunition and body armor identified in the Defendant's motion and listed in the Indictment to William Kitsch, IV. The Indictment may serve as a property receipt for this purpose.

It is so **ORDERED**.

BY THE COURT:

_____
THE HONORABLE STEWART DALZELL
United States District Court Judge